IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| WILLIAM R. PANSZE | ) | BK 10-13505 |
| | ) | (Chapter 7) |
| Debtor. | ) | |

### PAYMENT OF DIVIDENDS TO THE CLERK
### PURSUANT TO BANKRUPTCY RULE 3010

The Trustee reports that all orders of the court have been complied with and that pursuant to the Trustee's Final Report and Proposed Distribution, all dividend checks have been issued and mailed to creditors at their last known addresses.

The claim distributions listed on the report *Court Remittances* attached as "Exhibit A" have not been mailed for the reason that the dividend to be paid to each creditor is under $5.00. Accompanying this report is a check payable to the Clerk of the Court for the total amount of $3.40, which is paid in accordance with Rule 3010 of the Federal Rules of Bankruptcy Procedure.

s/ Douglas N. Gould
DOUGLAS N. GOULD, OBA #3500
DOUGLAS N. GOULD, PLC
6303 Waterford Blvd., Ste .260
Oklahoma City, OK  73118
(405) 286-3338
(405) 848-0492 (FAX)
dg@dgouldlaw.com
TRUSTEE

Date: 06/27/11

**DOUGLAS N. GOULD (561900)**
**COURT REMITTANCES**
Transaction Date Range Through 06/27/11

Page: 1

Debtor Name  PANSZE, WILLIAM R.
Case Number  10-13505

Account No.  4437965413

| Date | Check# | Payee | Check Amount | Claim # | Item# | Creditor | Claim Paid |
|---|---|---|---|---|---|---|---|
| **DE MINIMIS FUNDS** | | | | | | | |
| 06/27/11 | 1006 | UNITED STATES BANKRUPTCY COURT | 3.40 | 000004A | 5 | OKLAHOMA TAX COMMISSION | 3.40 |
| | | Account Totals | 3.40 | | | | |
| | | Case Totals | 3.40 | | | | |